**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00913-CR

**EDWON KUMONT JULIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-45796-V**

## ORDER

The Court **REINSTATES** the appeal.

On December 17, 2013, we ordered the trial court to make findings regarding why the clerk's record had not been filed. We have received the clerk's record. Therefore, in the interest of expediting the appeal, we **VACATE** the December 17, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


/s/     LANA MYERS
         JUSTICE